| STATE OF LOUISIANA | * | NO. 2018-KA-0409 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| HORATIO JOHNSON | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*RBW*

**BARTHOLOMEW-WOODS, J., CONCURS IN THE RESULT**